IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND WEILER : CIVIL ACTION
[AT-0326] :
:
v. :
:
:
COMMONWEALTH OF PENNSYLVANIA, et al. :
: NO. 08-1984

## ORDER

AND NOW, this 23rd day of March, 2009, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.
   (a) The Objections are Overruled
2. The Petition for Writ of Habeas Corpus is **DENIED** ~~AND DISMISSED~~ **WITHOUT AN EVIDENTIARY HEARING**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
JOHN P. FULLAM, J.